James F. Brook, #003032
John N. Vingelli, #020313
**JAMES F. BROOK AND ASSOCIATES**
7150 East Camelback Road, Suite 415
Scottsdale, Arizona 85251
Telephone: (480) 990-0104
Facsimile: (480) 874-0506
Attorneys for Plaintiff
jfb@jamesbrook.com
john@jamesbrook.com

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DENVER PULLIN and PATSY PULLIN, a married couple, <br><br> Plaintiffs, <br> vs. <br><br> BRIDGSTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C., a Delaware Limited Liability Corporation doing business in Arizona; FORD MOTOR COMPANY, INC., a Delaware Corporation doing business in Arizona; CHAPARRAL FORD, INC., a Texas Corporation; ALAMO HAT COMPANY, INC. a Texas corporation; MARIA TRAYLOR and JOHN DOE TRAYLOR, a married couple, JOHN DOES I through X and JANE DOES I through X, their respective spouses; BLACK CORPORATIONS I through V and WHITE PARTNERSHIPS I through V, <br><br> Defendants. | No. CV 04 2077 PCT FJM <br><br> **PLAINTIFFS' RESPONSE OF NO OPPOSITION TO DEFENDANT FORD MOTOR COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs through counsel undersigned, file their Response of no opposition regarding Ford Motor Company's Motion for Summary Judgment. Plaintiffs do not oppose entry of Judgment on all claims against Ford Motor Company only.

-1-

1   THIS RESPONSE DATED this 9th day of February, 2006.

2                                              JAMES F. BROOK AND ASSOCIATES

3

4                                              By:   /s/ John N. Vingelli
5                                                    James F. Brook
                                                     John N. Vingelli
6                                                    Attorneys for Plaintiffs

7

8   The foregoing e-filed and mailed this
9   9th day of February, 2006, with:

10  Clerk of the Court
11  Sandra Day O'Connor U.S. Courthouse
    401 West Washington Street
12  Phoenix, Arizona  85003

13
    COPY of the foregoing hand-delivered
14  this 9th day of February, 2006, to:

15
    The Honorable Frederick J. Martone
16  Judge of the U.S. District Court
17  401 West Washington
    Phoenix, Arizona  85003

18
    Wendi Sorensen, Esq.
19  SKYPECK & SORENSEN
20  One East Camelback Road, Suite 800
    Phoenix, Arizona 85012-1672
21  Attorneys for Defendants Traylor
22  and Alamo Hat Company

23  Barry C. Toone
24  Janell M. Adams
    Dustin A. Christner
25  BOWMAN AND BROOKE, LLP
26  2901 North Central Avenue, Suite 1600
    Phoenix, Arizona  85012
27  Attorneys for Defendant Ford Motor Company

28

1  Michael R. Perry
   CARNAHAN, PERRY & HUDSON, PLC
2  333 East Osborn Road, Suite 315
3  Phoenix, Arizona  85012
   Attorneys for Chaparral Ford, Inc.
4

5
   /s/Wanda B. Jack
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28