| | |
|---|---|
| 1 | Barry C. Toone (Bar No. 018664) |
| | Janell M. Adams (Bar No. 013733) |
| 2 | Dustin A. Christner (Bar No. 019707) |
| | **BOWMAN AND BROOKE LLP** |
| 3 | Suite 1600, Phoenix Plaza |
| | 2901 North Central Avenue |
| 4 | Phoenix, Arizona 85012-2761 |
| | (602) 643-2300 |
| 5 | (602) 248-0947 Facsimile |
| | barry.toone@bowmanandbrooke.com |
| 6 | janell.adams@bowmanandbrooke.com |
| | dustin.christner@bowmanandbrooke.com |
| 7 | |
| | Attorneys for Defendant Ford Motor Company |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| DENVER PULLIN and PATSY PULLIN, a married couple, | ) ) ) | No. CV 04 2077 PCT FJM |
| Plaintiffs, | ) ) | **DEFENDANT FORD MOTOR COMPANY'S MOTION FOR SUMMARY DISPOSITION** |
| vs. | ) ) ) | |
| BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE L.L.C., a Delaware limited liability corporation, doing business in Arizona; FORD MOTOR COMPANY, a Delaware corporation doing business in Arizona; CHAPARRAL FORD, INC., a Texas Corporation; JOHN DOES I through X and JANE DOES I through X, their respective spouses; BLACK CORPORATIONS I through V and WHITE PARTNERSHIPS I through V, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

21   Defendant Ford Motor Company, pursuant to Rule 56, Arizona Rules of Civil
22   Procedure, requests this Court grant Defendant's Motion for Summary Judgment. The Motion
23   for Summary Judgment was filed and served on Plaintiff and Plaintiff has filed its response
24   indicating that it is not opposing Defendant's Motion for Summary Judgment.

25   . . .

26   . . .

27   . . .

28

::ODMA\PCDOCS\PHX\272098\1            1

1  Accordingly, Defendant respectfully requests the Court grant the pending unopposed
2  Motion for Summary Judgment.
3  DATED this 14th day of February, 2006.

4 BOWMAN AND BROOKE, LLP

By: s/Dustin A. Christner
Barry C. Toone
Janell M. Adams
Dustin A. Christner
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, Arizona 85012-2761
Attorneys for Defendants
Ford Motor Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2006, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James F. Brook, Esq.
Robert Austin, Esq.
JAMES F. BROOK AND ASSOCIATES
7150 East Camelback Road, Suite 415
Scottsdale, AZ  85251
Attorneys for Plaintiffs

Scott Freeman, Esq.
FENNEMORE CRAIG
3003 North Central Avenue, Suite 2600
Phoenix, AZ 85012
Attorneys for Defendant Bridgestone/Firestone

Michael R. Perry, Esq.
CARNAHAN, PERRY & HUDSON, PLC
333 East Osborn Road, Suite 315
Phoenix, Arizona 85012
Attorneys for Defendant Chaparral Ford, Inc.

Wendi A. Sorensen, Esq.
SKYPECK & SORENSEN
One East Camelback Road, Suite 800
Phoenix, Arizona 85012
Attorneys for Defendant Maria Trinidad Traylor

               s/   Lisa DeWitt