IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Denver Pullin and Patsy Pullin, a married couple, <br><br> Plaintiffs, <br><br> vs. <br><br> Bridgestone/Firestone North American Tire, LLC, et al., <br><br> Defendants. | No. CV-04-2077-PHX-FJM <br><br> **ORDER** |

We have before us defendant Ford Motor Company's Motions for Summary Judgment (doc. 51), as well as its Motion for Summary Disposition (doc. 56). Plaintiffs filed a Response (doc. 55) indicating that they do not oppose entry of judgment on all claims against Ford Motor Company only.

Accordingly, **IT IS ORDERED GRANTING** Ford Motor Company's Motion for Summary Judgment (doc. 51) and **GRANTING** its Motion for Summary Disposition (doc. 56).

DATED this 23rd day of February, 2006.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge