Barry C. Toone (Bar No. 018664)
Janell M. Adams (Bar No. 013733)
Dustin A. Christner (Bar No. 019707)
**BOWMAN AND BROOKE LLP**
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, Arizona 85012-2761
(602) 643-2300
(602) 248-0947 Facsimile

Attorneys for Defendant Ford Motor Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| DENVER PULLIN and PATSY PULLIN, a married couple, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE L.L.C., a Delaware limited liability corporation, doing business in Arizona; FORD MOTOR COMPANY, a Delaware corporation doing business in Arizona; CHAPARRAL FORD, INC., a Texas Corporation; JOHN DOES I through X and JANE DOES I through X, their respective spouses; BLACK CORPORATIONS I through V and WHITE PARTNERSHIPS I through V, <br><br> Defendants. | No. CV 04 2077 PCT FJM <br><br> **DEFENDANT FORD MOTOR COMPANY'S RESPONSE TO BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE L.L.C.'S MOTION TO DISMISS PURSUANT TO RULE 41** |

Defendant Ford Motor Company submits the following response to Defendant Bridgestone/Firestone North American Tire L.L.C.'s ("Firestone") motion. Ford Motor Company is no longer a defendant in this matter following the Court's granting of its Motion for Summary Judgment. However, Ford Motor Company wishes to clarify that Defendant Bridgestone/Firestone North American Tire L.L.C. is not requesting the court order Ford Motor Company to compensate Firestone for any expenses. Defendant Firestone's motion only seeks the court order Chaparral Ford and Traylor/Alamo Hat compensate Firestone, an

1 | amount the court deems just, for the expenses Firestone incurred because of the
2 | intransigencies of those parties. (Firestone Motion to Dismiss, p. 3, ll. 11-14).
3 |     DATED this 7th day of March, 2006.

                    BOWMAN AND BROOKE LLP

                    s/ Dustin A. Christner
By: _____
    Barry C. Toone
    Janell M. Adams
    Dustin A. Christner
    Suite 1600, Phoenix Plaza
    2901 North Central Avenue
    Phoenix, Arizona  85012-2761
    Attorneys for Defendant Ford Motor
    Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2006, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James F. Brook, Esq.
Robert Austin, Esq.
JAMES F. BROOK AND ASSOCIATES
7150 East Camelback Road, Suite 415
Scottsdale, AZ  85251
Attorneys for Plaintiffs

Scott Freeman, Esq.
FENNEMORE CRAIG
3003 North Central Avenue, Suite 2600
Phoenix, AZ 85012
Attorneys for Defendant Bridgestone/Firestone

Michael R. Perry, Esq.
CARNAHAN, PERRY & HUDSON, PLC
333 East Osborn Road, Suite 315
Phoenix, Arizona 85012
Attorneys for Defendant Chaparral Ford, Inc.

Wendi A. Sorensen, Esq.
SKYPECK & SORENSEN
One East Camelback Road, Suite 800
Phoenix, Arizona 85012
Attorneys for Defendant Maria Trinidad Traylor

s/ Lisa D. DeWitt