Wendi A. Sorensen (009856)
SKYPECK & SORENSEN
One East Camelback Road, Suite 800
Phoenix, Arizona 85012-1672
(602) 217-8011
wendi.sorensen@zurichna.com
Attorneys for Defendants Alamo Hat Company
 and Maria Trinidad Traylor

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE STATE OF ARIZONA**

| | |
|---|---|
| DENVER PULLIN and PATSY PULLIN, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGSTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C., a Delaware Limited Liability Corporation doing business in Arizona; FORD MOTOR COMPANY, INC., a Delaware Corporation doing business in Arizona; CHAPARRAL FORD, INC., a Texas Corporation; ALAMO HAT COMPANY, INC., A Texas Corporation; MARIA TRINIDAD TRAYLOR and JOHN DOE TRAYLOR, a married couple; JOHN DOES I through X and JANE DOES I through X, their respective spouses; BLACK CORPORATIONS I through V and WHITE PARTNERSHIPS I through V,<br><br>Defendants. | No. CV 04-2077-PCT-FJM<br><br>**RESPONSE TO FIRESTONE'S MOTION TO DISMISS**<br><br>(Assigned to the Honorable Frederick J. Martone) |

Defendants Traylor/Alamo Hat, by and through their attorneys undersigned, hereby respond to Firestone's Motion to Dismiss and Ford Motor Company's Response to the Motion to Dismiss as follows.

PRS060313

1    Defendants affirm and adopt the response filed by Chaparral Ford.  In
2 particular, these defendants believe that plaintiffs' use of Firestone's expert is an intent to
3 subvert the court rules by "adopting" defendant Firestone's expert, when the plaintiffs are
4 actually attempting to name an expert to go forward in this case against the remaining
5 defendants <u>well after</u> the court's deadline for plaintiffs' disclosure of experts.  Accordingly,
6 these defendants believe that it would be appropriate for the court to strike plaintiffs'
7 attempted use of this expert as untimely, and respectfully request that the court do so.
8    Additionally, these defendants respectfully respond that this court should not
9 grant fees against them due to the extra expenditure of funds by Firestone, because
10 Firestone's additional time in this case was directly related to its attempt to "help plaintiffs
11 out" by naming an expert after it settled with plaintiffs.  Therefore, it is hardly appropriate for
12 Firestone to complain at this point in time, that it is incurring fees and costs when it inserted
13 itself into this controversy by settling, <u>and thereafter</u> naming an expert it knew plaintiffs
14 would adopt, thus giving remaining defendants good cause to object to Firestone's dismissal.
15    Therefore, defendants Traylor and Alamo Hat respectfully request that the court
16 deny Firestone's request for costs, and if it is inclined to dismiss Firestone, disallow plaintiffs
17 from using this late-disclosed expert.
18    DATED this 13th day of March, 2006.
19    SKYPECK & SORENSEN
20    /s/ Wendi A. Sorensen
21    By: _____
      Wendi A. Sorensen
22    One East Camelback Road, Suite 800
      Phoenix, Arizona 85012-1672
23    Attorneys for Defendants Alamo Hat Company
         and Maria Trinidad Traylor
24

1  **ORIGINAL** e-filed with the Clerk of the Court this 13th day of March, 2006
2  and **COPY** hand-delivered this 14th day of March, 2006, to:
3
   The Honorable Frederick J. Martone
4  United States District Court of Arizona
   401 West Washington Street, SPC 62
5  Phoenix, AZ 85003-2120

6  /s/ Karen R. Burson
   _____
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24